# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 18-cv-01343-RM-KLM

ELIZABETH D. BUDD
REVOCABLE TRUST,

      Plaintiff,

v.

MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY,

      Defendant.

---

## ORDER

---

This matter is before the Court *sua sponte* upon consideration of the complaint and the allegations that this court has subject matter jurisdiction based on diversity of citizenship. Specifically, Plaintiff alleges it is a trust "created by and pursuant to the laws of the State of Colorado," and Defendant "is a mutual insurance company organized and existing under the laws of the state of Arizona and is licensed to do and doing business in the state of Colorado." (ECF No. 1, ¶¶2, 3.) Such allegations, however, are insufficient to show diversity jurisdiction exists.

First, Defendant is a corporation and, pursuant to 28 U.S.C. § 1332(c)(1), "a corporation is deemed to be a citizen of every State and foreign state in which it has been incorporated *and* of the State or foreign state where it has its principal place of business." (Emphasis added.) Here, Plaintiff fails to allege where Defendant has its principal place of business.

Further, Plaintiff is allegedly a trust. Under the general rule, the citizenship of an unincorporated entity is determined by considering all the entity's "members," *Americold Realty Trust v. Conagra Foods, Inc.*, – U.S. – , 136 S. Ct. 1012, 1015-16, 194 L. Ed. 2d 71 (2016), which, for trusts, includes the trust's beneficiaries. *See Nichols v. Chesapeake Operating, LLC,* 718 F. App'x 736, 739 n.1 (10th Cir. 2018), petition for cert. docketed (U.S. Aug. 7, 2018) (No. 18-168). But, the complaint fails to identify such members.

In summary, based on the current record, complete diversity has not been shown. Accordingly, it is **ORDERED** that on or before Friday, October 12, 2018, Plaintiff shall SHOW CAUSE why this action should not be dismissed without prejudice based on lack of subject matter jurisdiction.

DATED this 1st day of October, 2018.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge