IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01343-RM-KLM

ELIZABETH D. BUDD REVOCABLE TRUST,

    Plaintiff,

v.

MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,

    Defendant.

---

### JOINT NOTICE OF SETTLEMENT

---

**COMES NOW** Plaintiff, Elizabeth D. Budd Revocable Trust, by and through its undersigned attorneys, and Defendant, Mesa Underwriters Specialty Insurance Company, by and through its undersigned attorney, (together the "Parties"), and hereby file this Joint Notice of Settlement and advise the Court that the Parties to the above-captioned matter reached a settlement agreement. The Parties will file the appropriate stipulation for dismissal upon confirmation that the terms of the settlement agreement have been performed.

Respectfully submitted on February 12, 2019.

| | |
|---|---|
| By: *s/ Jonathan E. Bukowski* <br> Larry E. Bache, Esq. <br> Jonathan E. Bukowski, Esq. <br> Timothy G. Burchard, II, Esq. <br> MERLIN LAW GROUP, P.A. <br> 1001 17th Street, Suite 1150 <br> Denver, CO 80202 <br> Phone: (720) 665-9680 <br> Fax: (720) 665-9681 <br> E-Mail: lbache@merlinlawgroup.com <br> E-Mail: jbukowski@merlinlawgroup.com <br> E-Mail: tburchard@merlinlawgroup.com <br> *Attorneys for Plaintiff* | By: *s/ Jennifer Arnett-Roehrich* <br> Jennifer Arnett-Roehrich <br> Gordon Rees Scully Mansukhani, LLP <br> 555 Seventeenth Street, Suite 3400 <br> Denver, Colorado 80202 <br> Telephone: (303) 534-5160 <br> Facsimile: (303) 534-5161 <br> E-mail: jarnett-roehrich@grsm.com <br> *Attorney for Defendant* |