IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01343-RM-KLM

ELIZABETH D. BUDD REVOCABLE TRUST,

    Plaintiff,

v.

MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,

    Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Elizabeth D. Budd Revocable Trust and Defendant Mesa Underwriters Specialty Insurance Company stipulate to the dismissal of this action with prejudice, each party to bear its own attorney fees, expert fees, related expenses, and costs.

| | |
|---|---|
| Dated: March 13, 2019 2019. | Respectfully submitted, |
| *s/ Jonathan E. Bukowski* | *s/ Jennifer Arnett-Roehrich* |
| Jonathan E. Bukowski | Jennifer Arnett-Roehrich |
| Larry E. Bache Jr. | Gordon Rees Scully Mansukhani, LLP |
| Timothy G. Burchard, II | 555 Seventeenth Street, Suite 3400 |
| Merlin Law Group, P.A. | Denver, Colorado 80202 |
| 1001 17th Street, Suite 1150 | Telephone: (303) 534-5160 |
| Denver, CO 80202 | Facsimile: (303) 534-5161 |
| Telephone: 720.665.9680 | E-mail: jarnett-roehrich@grsm.com |
| Facsimile: 720.665.9681 | |
| E-Mail: jbukowski@merlinlawgroup.com | |
|        bache@merlinlawgroup.com | |
|        tburchard@merlinlawgroup.com | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |